B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Stephen Louis Thiel / Lisa Holbrook Thiel**, Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Residence<br>16641 E. Jefferson<br>Grosse Pointe Park, MI 48230 | | 60,944.46<br>(0.00 secured)<br>(307,651.33 senior lien) |
| Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Rental Property<br>17130 St. Paul<br>Grosse Pointe Farms, MI 48230 | | 31,214.66<br>(0.00 secured)<br>(61,880.26 senior lien) |
| Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | 2010 Chevy Tahoe as is | | 15,253.29<br><br>(0.00 secured) |
| Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | 2008 Jeep Commander as is | | 7,385.75<br><br>(0.00 secured) |
| Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Misc. | | 4,444.27 |
| Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Alliance Catholic Credit Union<br>255 E. Maple Rd.<br>Troy, MI 48083 | Misc. | | 987.12 |
| APCO, Inc.<br>5511 Enterprise Drive<br>Lansing, MI 48911 | APCO, Inc.<br>5511 Enterprise Drive<br>Lansing, MI 48911 | Judgment for Business Debt | | 34,820.00 |
| Bank of America<br>PO Box 15222<br>Wilmington, DE 19886-5222 | Bank of America<br>PO Box 15222<br>Wilmington, DE 19886-5222 | Misc. | | 3,530.12 |
| Chase<br>P.O Box 15298<br>Wilmington, DE 19850 | Chase<br>P.O Box 15298<br>Wilmington, DE 19850 | Misc. | | 4,047.65 |
| FMSI Pro Power<br>PO Box 207<br>Naperville, IL 60566 | FMSI Pro Power<br>PO Box 207<br>Naperville, IL 60566 | Business Debt | | 3,163.81 |

In re  Stephen Louis Thiel
     Lisa Holbrook Thiel
                                    Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Henry Ford Health Systems<br>15401 E. Jefferson Ave.<br>Grosse Pointe, MI 48230 | Henry Ford Health Systems<br>15401 E. Jefferson Ave.<br>Grosse Pointe, MI 48230 | Medical | | 2,741.31 |
| James Alle PLC<br>16824 Kercheval Place<br>Suite 201<br>Grosse Pointe, MI 48230 | James Alle PLC<br>16824 Kercheval Place<br>Suite 201<br>Grosse Pointe, MI 48230 | Legal Services | | 12,134.00 |
| Morganroth & Morganroth PLLC<br>344 N Old Woodward Ave #200<br>Birmingham, MI 48009 | Morganroth & Morganroth PLLC<br>344 N Old Woodward Ave #200<br>Birmingham, MI 48009 | Legal Services | | 8,739.12 |
| PNC Bank, N.A.<br>Attn Bankruptcy Dept<br>PO Box 489909<br>Charlotte, NC 28269-5329 | PNC Bank, N.A.<br>Attn Bankruptcy Dept<br>PO Box 489909<br>Charlotte, NC 28269-5329 | Misc. | | 6,234.25 |
| Seterus<br>14523 SW Millikan Way Suite 200<br>Beaverton, OR 97005 | Seterus<br>14523 SW Millikan Way Suite 200<br>Beaverton, OR 97005 | Rental Property<br>17130 St. Paul<br>Grosse Pointe Farms, MI 48230 | | 61,880.26<br><br>(0.00 secured) |
| Synchrony Bank<br>Attn: Bankruptcy Dept<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy Dept<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Misc. | | 979.22 |
| Talmer Bank<br>1800 E. 12 Mile Road<br>Madison Heights, MI 48071 | Talmer Bank<br>1800 E. 12 Mile Road<br>Madison Heights, MI 48071 | Business Property<br>20360 Harper<br>Harper Woods, MI 48225 | | 93,286.12<br><br>(0.00 secured) |
| The Behler-Young Company<br>4900 Clyde Park Avenue SW<br>Wyoming, MI 49509 | The Behler-Young Company<br>4900 Clyde Park Avenue SW<br>Wyoming, MI 49509 | Judgment for Business Debt | | 239,126.00 |
| Towne Mortgage<br>2170 E. Big Beaver<br>Troy, MI 48083 | Towne Mortgage<br>2170 E. Big Beaver<br>Troy, MI 48083 | Residence<br>16641 E. Jefferson<br>Grosse Pointe Park, MI 48230 | | 307,651.33<br><br>(0.00 secured) |
| Williams Distributing Co.<br>658 Richmond NW<br>PO Box 2585<br>Grand Rapids, MI 49504-2585 | Williams Distributing Co.<br>658 Richmond NW<br>PO Box 2585<br>Grand Rapids, MI 49504-2585 | Judgment for Business debt | | 36,451.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Stephen Louis Thiel**
    **Lisa Holbrook Thiel**          Case No.
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Stephen Louis Thiel** and **Lisa Holbrook Thiel**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **November 20, 2015**      Signature **/s/ Stephen Louis Thiel**
                                            **Stephen Louis Thiel**
                                            Debtor

Date **November 20, 2015**      Signature **/s/ Lisa Holbrook Thiel**
                                            **Lisa Holbrook Thiel**
                                            Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy